# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  CASE No.  3:24cr116/MCR

**FERNANDO CRUZ RUBIO**

_____/

## NOTICE OF PENDENCY OF OTHER OR PRIOR SIMILAR ACTIONS

   The United States of America, by Jason R. Coody, United States Attorney for the Northern District of Florida, and the United States Department of Justice, Environmental Crimes Section, hereby notifies this Honorable Court, pursuant to Rule 5.1(F) of the Local Rules of the United States District Court, Northern District of Florida, of the existence of related cases which concerns issues of law and facts common with those of the above-captioned case.  The above-captioned

1

case is related to *United States v. Gremex Shipping S.A. de C.V.,* Case No. 3:24cr101/TKW and *United States v. Rodolfo Martinez Ocegueda and Arturo Martinez Ocegueda*, Case No. 3:24cr99/TKW.

    Respectfully submitted,

    JASON R. COODY
    United States Attorney

    */s/ J. Ryan Love*
    J. RYAN LOVE
    Assistant U.S. Attorney
    Florida Bar No. 0637920
    U.S. Attorney's Office
    21 E. Garden St., Suite 400
    Pensacola, FL  32502-5675
    Telephone: (850)444-4000
    ryan.love@usdoj.gov